AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| MATTHEW E. FOOS, ANDREW A. HUND, MICHAEL B. ACKERMAN, JARROD JOHNSON, and MACKEY AND SONS INC. on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PERMIAN RESOURCES CORP. F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC., et al.<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00361-MLG-LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Occidental Petroleum Corporation
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher A. Dodd (chris@doddnm.com)
DODD LAW OFFICE, LLC, 500 Marquette Ave.NW, Ste.1330, Albuquerque, NM 87102

Warren Burns (wburns@burnscharest.com)
BURNS CHAREST LLP, 900 Jackson Street, Ste. 500, Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, April 16, 2024

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-00361-MLG-LF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* OCCIDENTAL PETROLEUM CORPORATION

was received by me on *(date)* 04/18/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE CORPORATION TRUST COMPANY AS REGISTERED AGENT, ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED BY THE CORPORATION TRUST COMPANY), who is designated by law to accept service of process on behalf of *(name of organization)* OCCIDENTAL PETROLEUM CORPORATION AT 1209 ORANGE ST., WILMINGTON, DE 19801 on *(date)* 04/18/2024 AT 10:30 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 04/18/2024

*Server's signature*

GILBERT DEL VALLE   PROCESS SERVER
*Printed name and title*

1070444
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; PLAINTIFFS' ORIGINAL CIVIL ACTION COMPLAINT;