**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation* | Case No. 1:24-md-03119-MLG-LF |
| This Document Relates to: | Judge Matthew L. Garcia |
| ALL ACTIONS | |

**JOINT NOTICE OF DISPUTE RE: DEADLINE FOR DEFENDANTS TO SERVE**
**RESPONSES AND OBJECTIONS TO PLAINTIFFS' EARLY DISCOVERY REQUESTS**
**FOR GOVERNMENT PRODUCTIONS**

Plaintiffs and Defendants jointly submit this Notice respectfully requesting that the Court resolve a dispute regarding when Defendants are required to serve responses and objections to Requests for Production, seeking documents that Defendants previously produced to government regulators. Plaintiffs' position is that—based on the Court's comments made at the initial hearing and in the Initial Scheduling Order (ECF No. 82)—Defendants are required to serve responses and objections at this time. Defendants' position is that—pursuant to the Court's Initial Scheduling Order—their responses and objections are not due unless and until 30 days after the Court denies their anticipated motions to dismiss.

On October 18, 2024, the parties submitted to the Court their Joint Status Report and Provisional Discovery Plan, stipulating as follows regarding the "Timing to Issue and Respond to Request[s] for Production": "The parties agree that Requests for Production may be served in advance of any motion to dismiss opinion, but will only be deemed served on [the] date the motion to dismiss is denied." (ECF No. 60 at 3.) Separately, Plaintiffs sought to include in the schedule a date by which Defendants would produce all non-duplicative documents they had previously produced to the FTC, DOJ, and/or U.S. Congressional committees "relating to recent merger

inquiries and/or allegations of collusion identified in the FTC's complaints directed to Chevron/Hess and Exxon/Pioneer." (*Id.* at 4.)  At this point, Plaintiffs sought production of these documents informally; they had not served requests for production.  Defendants objected, and Plaintiffs thereafter sought an order from the Court requiring production of the documents within 42 days of the Court's order appointing interim co-lead class counsel.  (*See* ECF No. 60-4, Ex. D to the Joint Status Report and Provisional Discovery Plan at 2-11.)

On November 6, 2024, at the initial conference, the Court heard the parties on this dispute and indicated that it would deny Plaintiffs' request that Defendants be ordered as part of the case schedule to "produce the document productions they made to the FTC, DOJ and/or the U.S. Congress." (*Id.* at 2.)  The Court also stated that it was "not likely to make the defendants produce those documents before receiving a formal discovery request."  (Initial Conference Transcript at 57:13-68:11.)

On November 18, 2024, Plaintiffs served formal requests for production, seeking certain document productions made to government regulators, including the specific documents cited in and redacted from the FTC's complaints.  *See* Exhibits A, B (Exemplars of Plaintiffs' Requests for Production).[1]  On December 13, 2024, Defendants reached out to Plaintiffs to confirm that the parties' stipulation on timing of service for requests for production applied to Plaintiffs' November 18 requests.  Plaintiffs explained that, in light of the Court's guidance, they viewed the requests as formally served with responses due by December 18, 2024.[2]  Defendants said that they viewed as controlling the Fact Discovery Schedule set out in the Joint Status Report and Provisional

---

[1]    Plaintiffs have included as exemplars two sets of RFPs, to Defendants Pioneer Natural Resources and John Hess.  Both are representative of the RFPs served on the other corporate and individual Defendants, respectively.  No corporate Defendant received more Requests than Pioneer; several corporate Defendants received less.

[2]    The parties agree that no Defendant waived any objection to Plaintiffs' requests for production by not serving responses or objections on or before December 18, 2024.

Discovery Plan, which provides that "Responses and objections to [Requests for Production] that were served before [any Motion to Dismiss] decision ('initial RFPs')" are not due until "30 Days After MTD Decision (if denied)."  (ECF No. 60 at 6.)

On December 20, 2024, the Court issued the Initial Scheduling Order.  "[T]he Court denie[d] the plaintiffs' request" for "'all non-duplicative document productions [defendants] made to the FTC and DOJ, and the U.S. Congress,'" stating that "the plaintiffs may seek discovery of these documents through properly submitted requests for production and subject to the defendants' objections."  (ECF No. 82 at 3 (quoting ECF No. 60-4 at 4).)  The Court also ordered a schedule providing that "[r]esponses and objections to requests for production (RFPs) served prior to [the] Court's order ruling on MTD" are due "30 days after Court rules on MTD."  (*Id.* at 2.)  As a result, Defendants' understanding is that their responses and objections to Plaintiffs' early requests for production are not due until 30 days after the Court rules on Defendants' anticipated motions to dismiss.

Plaintiffs, on the other hand, understood the Court to suggest that Plaintiffs should serve their limited requests for production and meet and confer on the scope of the production, now, bringing any dispute to the Court after that process was completed.  (*See* Initial Conference Transcript, at 61:24-62:4 (The Court: "isn't the first request for production going to be: Give us all of these documents.  You're going to object.  And the first issue at our status conference is going to be this very issue? I'm just trying to head off and obviate the need to have this discussion somewhere down the road.").)

Accordingly, the parties respectfully request that the Court resolve their dispute regarding whether Defendants are required to serve responses and objections to Plaintiffs' document requests

at this time, or if Defendants only need to do so if the Court denies their anticipated motions to dismiss.

Dated: January 13, 2025

/s/      *Patrick J. Coughlin*
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

/s/      *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Candace Enders (*pro hace vice*)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net

/s/      *Christopher A. Dodd*
Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and the Putative Classes*

/s/      *Karin B. Swope*
Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice* pending)
Vara G. Lyons (*pro hac vice* pending)
Ellen Wen (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
ewen@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

Richard D. Schwartz (*pro hac vice*)
BERGER MONTAGUE PC
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

*Interim Co-Lead Counsel for Plaintiffs and
the Putative Classes*

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Boris Bershteyn
Karen M. Lent
Michael H. Menitove
Zachary C. Siegler
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY  10001-8602
Tel: (212) 735-3000
Boris.bershteyn@skadden.com
Karen.lent@skadden.com
Michael.menitove@skadden.com
Zachary.siegler@skadden.com

*Attorneys for Defendant
PIONEER NATURAL RESOURCES
COMPANY*

By:  */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com

By:  */s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Attorneys for Defendant
EOG RESOURCES, INC.*

By:  */s/ Benjamin Allison*
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700

*Attorneys for Defendant*
*EXPAND ENERGY CORPORATION*
*(F/K/A CHESAPEAKE ENERGY*
*CORPORATION*

By:  */s/ Benjamin E. Thomas*
Benjamin E. Thomas
RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico  87102
Tel.: (505) 765-5900 / Fax: (505) 768-7395
bthomas@rodey.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*

By:  */s/ H. Brook Laskey*
H. Brook Laskey
Kevin J. Banville
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP

jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

By:  */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL SPERLING
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

By:  */s/ Michael W. Scarborough*
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900

2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*

mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*