UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br><br>*All Actions* | Case No. 1:24-md-03119-MLG-LF<br><br>Honorable Matthew L. Garcia<br>Magistrate Judge Laura Fashing |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 26.2, Defendant Continental Resources, Inc. hereby certifies that its Initial Disclosures and Supplemental Disclosures were served on Plaintiffs' interim leadership counsel via email to ShaleMDL_Leadership@scott-scott.com on January 24, 2024.

Dated:  January 27, 2025

Respectfully submitted,

By: /s/ *H. Brook Laskey*
Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 284-5677
kcasazza@proskauer.com

Jared DuBosar
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431

Telephone: (561) 995-4702
jdubosar@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Telephone: (888) 783-0351
mburrage@whittenburragelaw.com

H. Brook Laskey
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com

*Attorneys for Continental Resources, Inc.*