IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | CASE NO. 1:24-md-03119-MLG-LF |

**STIPULATED MOTION FOR EXCESS PAGES**

Pursuant to D.N.M.LR-Civ.7.2, Plaintiffs and Defendants (the "Parties"), by and through their respective counsel and pending the Court's approval, hereby stipulate and move the Court as follows:

WHEREAS, on January 10, 2025, Plaintiffs filed their 148-page Consolidated Class Action Complaint ("Complaint," ECF No. 86) containing one federal cause of action and 53 state law causes of action,

WHEREAS, this Court previously set the briefing schedule on Defendants' forthcoming motions to dismiss the Complaint (ECF No. 7),

WHEREAS, Defendants intend to file motions to dismiss,

WHEREAS, Defendants believe that many (but not all) of the arguments they would make in individual briefs can be combined into a joint motion and brief, thereby streamlining the issues and reducing the amount of briefing ultimately presented to the Court,

WHEREAS, each Defendant wishes to have the option to file a concise individual motion covering topics specific to that Defendant,

WHEREAS, the parties have met and conferred on Defendants' requests to modify page limits,

NOW, THEREFORE, and in accordance with the requirements of D.N.M.LR-Civ. 7.1(a), the Parties hereby stipulate and move the Court for entry of its Order as follows:

1.  Defendants' brief in support of their joint motion to dismiss the Complaint shall be limited to 50 pages (excluding any pages for the motion itself). Defendants may file up to an additional 25 pages of appendices summarizing the law related to the 53 state-law causes of action raised in the Complaint, but not containing additional substantive argument beyond the scope of Defendants' joint moving brief.

2.  Plaintiffs' opposition brief to Defendants' joint motion to dismiss the Complaint shall be limited to 50 pages. Plaintiffs may file up to an additional 25 pages of appendices summarizing the law related to the 53 state-law causes of action raised in the Complaint, but not containing additional substantive argument beyond the scope of Plaintiffs' opposition brief.

3.  Defendants' reply brief in support of their joint motion to dismiss shall be limited to 30 pages.

4.  Any individual motion to dismiss the Complaint filed by a Defendant shall each not exceed 12 pages (excluding any pages for the motion itself).

5.  Plaintiffs' oppositions to Defendants' individual motions to dismiss the Complaint shall each not exceed 12 pages.

6.  Defendants' reply briefs in support of their individual motions to dismiss the Complaint shall each not exceed 6 pages.

7.  All of the foregoing page limits are exclusive of any declarations or exhibits.

8.  In accordance with the requirements of D.N.M.LR-Civ. 7.2, a proposed Order agreed to by all counsel is simultaneously submitted to the Court.

JOINTLY SUBMITTED AND APPROVED:

Dated: February 20, 2025.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
/s/ *Patrick McGahan*
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Karin E. Garvey (*pro hac vice*)
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

**BERGER MONTAGUE PC**
Michael Dell'Angelo (*pro hac vice*)
Candice Enders (*pro hac vice*)
1818 Market Street
Suite 3600
Philadelphia, PA 19103

**DODD LAW OFFICE, LLC**
Christopher A. Dodd
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Liaison Counsel*

**COTCHETT, PITRE, & McCARTHY, LLP**
Karin B. Swope (*pro hac vice*)
Ellen Wen (*pro hac vice*)
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
ewen@cpmlegal.com

**COTCHETT, PITRE, & McCARTHY, LLP**
Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

Tel: (215) 875-3080
mdellangelo@bm.net

**BERGER MONTAGUE PC**
Richard D. Schwartz (*pro hac vice*)
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

<div style="columns:2">

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By  */s/ Eric R. Burris*
    Eric R. Burris
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102-4386
    Tel: (505) 244-0770
    eburris@bhfs.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Boris Bershteyn
Karen M. Lent
Michael H. Menitove
Zachary C. Siegler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
Tel: (212) 735-3000
Boris.bershteyn@skadden.com
Karen.lent@skadden.com
Michael.menitove@skadden.com
Zachary.siegler@skadden.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

</div>

By:  */s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
Fran Jennings
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com
fran.jennings@bakerbotts.com

*Attorneys for Defendant*
*EOG RESOURCES, INC.*

By:  */s/ Benjamin Allison*
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808

141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

By:  */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
*EXPAND ENERGY CORPORATION*
*(F/K/A CHESAPEAKE ENERGY CORPORATION)*

By:  */s/ Benjamin E. Thomas*
Benjamin E. Thomas
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico  87102
Tel.: (505) 765-5900 / Fax: (505) 768-7395
bthomas@rodey.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*

By:  */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL SPERLING
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

5

Tel: 312-862-3237
jzeiger@kirkland.com

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*
By: /s/ H. Brook Laskey
H. Brook Laskey
Kevin J. Banville
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*

By: /s/ Michael W. Scarborough
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 20, 2025, a true and correct copy of foregoing **STIPULATED MOTION FOR EXCESS PAGES** was filed electronically pursuant to CM/ECF procedure for the United States District Court for the District of New Mexico, which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

                                            */s/ Eric R. Burris*
                                            Eric R. Burris