# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to:<br><br>Foos v. Permian Resources Corp., et al.<br>(Case No. 1:24-cv-00361-MLG-LF) | Case No. 1:24-md-03119-MLG-LF<br><br>Judge Matthew L. Garcia |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF INDIVIDUAL CLAIMS OF PLAINTIFF MATTHEW FOOS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Foos, by and through his undersigned counsel, hereby voluntarily dismisses without prejudice, his individual claims against all Defendants in the above-captioned action.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 20, 2025

| | |
|---|---|
| Patrick McGahan (*pro hac vice*)<br>Michael Srodoski (*pro hac vice*)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: (860) 537-5537<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>Karin E. Garvey (*pro hac vice*)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>230 Park Ave., 24th Floor<br>New York, NY 11069<br>Tel: (212) 223-6444<br>kgarvey@scott-scott.com<br><br>Patrick J. Coughlin (*pro hac vice*)<br>Carmen Medici (*pro hac vice*)<br>Daniel J. Brockwell (*pro hac vice*)<br>Isabella De Lisi (*pro hac vice*)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 233-4565<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>dbrockwell@scott-scott.com<br>idelisi@scott-scott.com<br><br>Michael Dell'Angelo (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3080<br>mdellangelo@bm.net | */s/ Christopher A. Dodd*<br>Christopher A. Dodd<br>DODD LAW OFFICE, LLC<br>500 Marquette Avenue NW, Suite 1330<br>Albuquerque, New Mexico 87102<br>Tel: (505) 475-2932<br>chris@doddnm.com<br><br>*Liaison Counsel*<br><br>Karin B. Swope (*pro hac vice*)<br>Ellen Wen (*pro hac vice*)<br>COTCHETT, PITRE, & McCARTHY, LLP<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98103<br>Tel: (206) 778-2123<br>kswope@cpmlegal.com<br>ewen@cpmlegal.com<br><br>Joseph W. Cotchett (*pro hac vice*)<br>Adam Zapala (*pro hac vice*)<br>Vasti S. Montiel (*pro hac vice*)<br>COTCHETT, PITRE, & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>vmoniel@cpmlegal.com<br><br>Richard D. Schwartz (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1720 W. Division<br>Chicago IL 20622<br>Tel: (773) 257-0255<br>rschwartz@bm.net<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*<br><br>Brandon T. Landt (NM 154611)<br>Tel: (972) 998-8825<br>Brandon.Landt@gmail.com<br><br>*Counsel for Plaintiff Matthew Foos* |