# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION        Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

## ORDER APPROVING THE PARTIES' STIPULATIONS

The Parties filed a Stipulation and Proposed Order Concerning Expert Discovery, Doc. 169, and a Proposed Stipulated Deposition Protocol. Doc. 170. The Court approves them. Docs. 169 & 170.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1