## APPENDIX A – SUMMARY OF GROUNDS FOR DISMISSAL OF PLAINTIFFS' STATE LAW CLAIMS

## ANTITRUST CLAIMS

| State | No Conspiracy | No Antitrust Standing | Fails With Sherman Act Claim | No Named Plaintiff With Standing | Indirect Purchaser Class Actions Barred | No In-State Conduct Alleged | Failure to Comply With Notice Provision |
|---|---|---|---|---|---|---|---|
| AL | X | X | X | | | X | |
| AZ | X | X | X | | | | X |
| CA | X | X | X | | | | |
| CO | X | X | X | | X[1] | | X |
| CT | X | X | X | | | | X |
| DC | X | X | X | | | | |
| HI | X | X | X | | | | X |
| IL | X | X | X | | X | | |
| IA | X | X | X | | | | |
| KS | X | X | X | | | | |
| MD | X | X | X | | | | |
| ME | X | X | X | | | | |
| MI | X | X | X | | | | |
| MN | X | X | X | | | | |
| MS | X | X | X | | | X | |
| NC | X | X | X | | | | |
| ND | X | X | X | | | | |
| NE | X | X | X | | | | |
| NH | X | X | X | | | | |
| NJ | X | X | X | | X[2] | | |
| NM | X | X | X | | | | |

---

[1]  Plaintiffs' claims that predate the adoption of the Colorado indirect purchaser amendment are barred.

[2]  Plaintiffs' claims that predate the adoption of the New Jersey indirect purchaser amendment are barred.

| State | No Conspiracy | No Antitrust Standing | Fails With Sherman Act Claim | No Named Plaintiff With Standing | Indirect Purchaser Class Actions Barred | No In-State Conduct Alleged | Failure to Comply With Notice Provision |
|---|---|---|---|---|---|---|---|
| NV | X | X | X | | | | X |
| NY | X | X | X | | | | X |
| OR | X | X | X | | | | |
| RI | X | X | X | | | | X |
| SD | X | X | X | | | | |
| TN | X | X | X | | | | |
| UT | X | X | X | | | | X |
| VT | X | X | X | | | | |
| WI | X | X | X | | | | |
| WV | X | X | X | X | | X | |

**CONSUMER PROTECTION CLAIMS**

| State | No Conspiracy | Bar on Non-Consumer Suits | Indirect Purchaser Class Actions Barred | Indirect Purchaser Actions Barred | Price Fixing Not Cognizable Claim | In-State Conduct Required | Failure to Meet 9(b) Standard | Failure to Allege Reliance | Failure to Allege Elderly or Disabled |
|---|---|---|---|---|---|---|---|---|---|
| AR | X | | | X | X | | | X | |
| AZ | X | | | | | | | | |
| CA | X | | | | | | | | |
| CO | X | | | | | | | | |
| DC | X | X | | | X | | | | |
| FL | X | | | | | | X | | |
| IL | X | | X | | X | X | | | |
| MA | X | X[3] | | | | | | | |
| MD | X | X | | | X | | | X | |
| MI | X | | | | X | | X | | |
| MN | X | X | | | | | | | |
| MO | X | X | | X | | | | | |
| MT | X | X | X | | | | | | |
| NE | X | | | | | | | | |
| NH | X | | | | | X | | | |
| NM | X | | | | X | | | | |
| NV | X | X | | | | | | | X |
| OR | X | X | | | X | | | | |
| PA | X | | | | X | | X | X | |
| RI | X | | | | X | | | | |
| SC | X | | X | X | X | | | | |
| SD | X | | | | X | | | | |

---

[3] Massachusetts prohibits businesses from bringing indirect purchaser actions.