**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| In re: Shale Oil Antitrust Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 1:24-md-03119-MLG-LF<br>Judge Matthew L. Garcia<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT EXPAND ENERGY CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Expand Energy Corporation ("Expand"), formerly known as Chesapeake Energy Corporation, moves under Fed. R. Civ. P. 12(b)(6) to dismiss the claims alleged against it in the Consolidated Class Action Complaint (MDL Dkt. 86) ("Complaint" or "Compl.") filed by Plaintiffs Abraham Drucker, et al. ("Plaintiffs"). Expand should be dismissed from this case because Plaintiffs fail to plead sufficient facts against Expand to support their federal and state law claims. Expand files this separate motion and memorandum in support to address additional bases for dismissal that are unique to Expand.

The Complaint should be dismissed against Expand for two reasons. First, outside of the generalized, conclusory allegations that, as explained in the Joint Motion, fall well short of the requirements of *Twombly* and their state law claims, Plaintiffs make no effort to allege, with any particularity, the nature of Expand's participation in the alleged conspiracy. Second, Plaintiffs fail to allege facts to support their request for injunctive relief. Plaintiffs allege that Expand is not presently an oil producer. Plaintiffs cannot seek to enjoin Expand from a conspiracy to limit oil production when it alleges Expand is no longer producing oil. All claims against Expand should be dismissed for failure to state a claim under Rule 12(b)(6).

1

Dated: February 24, 2025                                  Respectfully submitted,

                                                          **LATHAM & WATKINS LLP**

                                                          /s/ *Marguerite M. Sullivan*
                                                          Marguerite M. Sullivan (*pro hac vice*)
                                                          Seung Wan Paik (*pro hac vice*)
                                                          555 Eleventh Street, NW, Suite 1000
                                                          Washington, D.C. 20004-1304
                                                          Telephone: (202) 637-2200
                                                          marguerite.sullivan@lw.com
                                                          andrew.paik@lw.com

                                                          Lawrence E. Buterman
                                                          1271 Avenue of the Americas
                                                          New York, NY 10020
                                                          Telephone: (212) 906-1200
                                                          lawrence.buterman@lw.com

                                                          *Attorneys for Defendant*
                                                          *Expand Energy Corporation*
                                                          *(f/k/a Chesapeake Energy Corporation)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, a true copy of the above and foregoing was filed and served electronically to all counsel of record.

/s/ *Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
marguerite.sullivan@lw.com