# Exhibit 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br>*This documents relates to all actions.* | Case No. 1:24-md-03119-MLG-LF |

## DECLARATION OF JASON WILEY IN SUPPORT OF DEFENDANTS HESS CORPORATION'S AND JOHN HESS'S MOTION TO DISMISS

I, Jason Wiley, declare as follows:

1. I make this declaration in support of Defendants Hess Corporation's ("Hess") and John Hess's Motion to Dismiss. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would competently testify thereto.

2. I am an Associate General Counsel at Hess. I have been employed by Hess for approximately 15 years.

3. Hess is a publicly traded Delaware corporation headquartered in New York. Its Texas office is the base of its global exploration-and-development operations.

4. Hess's domestic crude oil production operations are located in North Dakota's Bakken shale formation and offshore in the Gulf of Mexico.

5. Since at least January 1, 2021, Hess has not manufactured, sold, shipped, or delivered crude oil to California, Nevada, or New Mexico, or otherwise transacted business in these states. Since at least January 1, 2021, it has had no employees, offices, operations, or properties in California, Nevada, or New Mexico.

1

6. Hess owned a carbon dioxide production field and related operations in New Mexico until 2017, when those assets were sold. It also owned limited drilling and production assets in California until approximately 1999.

7. Hess delivers its shale crude oil primarily via pipeline to Patoka, Illinois or Nederland, Texas where it is sold to third-party buyers or sent via cargo to international markets.

8. Mr. Hess resides in New York. Since at least January 1, 2021, he has not conducted any business on Hess's behalf in either Nevada or New Mexico.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025, in Houston, Texas.

_____
JASON WILEY