UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Shale Oil Antitrust Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 1:24-md-03119-MLG-LF<br>Judge Matthew L. Garcia<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF MARGUERITE M. SULLIVAN**

I, Marguerite M. Sullivan, declare and state as follows:

1. I am an attorney admitted to practice in the State of Virginia and in the District of Columbia.

2. I am a partner with the law firm of Latham & Watkins LLP, and counsel for Defendant Expand Energy Corporation ("Expand" or "Defendant") in this action.

3. I submit this declaration in support of Expand's Motion to Dismiss the Consolidated Class Action Complaint.

4. The information contained in this declaration is based upon my personal knowledge and review of the documents referenced herein. If called upon as a witness, I could and would testify competently as to these facts.

5. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Chesapeake Energy Corporation's Form 10-K filed on February 24, 2022.

6. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Chesapeake Energy Corporation's Form 8-K, Exhibit 99.1, filed on August 2, 2022.

7. Attached hereto as **Exhibit C** is a true and correct copy of Chesapeake Energy Corporation's Form 8-K, Exhibit 99.1, filed on August 14, 2023.

1

2

8. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Chesapeake Energy Corporation's Form 10-K filed on March 1, 2021.

9. Attached hereto as **Exhibit E** is a true and correct copy of an Earnings Call Transcript from Chesapeake Energy Corporation's 2021 Fourth Quarter and Full Year Results Teleconference held on February 24, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of February, 2025.

Respectfully submitted,

_____
Marguerite M. Sullivan