**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION        Case No. 1:24-md-03119-MLG-LF

This Document Relates to:

Foos v. Permian Resources Corp. et al.
Case No. 1:24-cv-00361-MLG-LF

## NOTICE MEMORIALIZING DISMISSAL

This matter comes before the Court on Plaintiff Matthew Foos's Rule 41(a)(1)(A)(i) Notice of Dismissal. Doc. 108. This is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). But in the interest of clarity, the Court enters this notice memorializing the dismissal of Foos's individual claims without prejudice pursuant to Rule 41(a)(1). The parties shall bear their own costs and attorney's fees.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1