# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation* | Case No. 1:24-md-03119-MLG-LF |
| This Document Relates to All Actions. | Judge Matthew L. Garcia |

## CERTIFICATE OF SERVICE

Plaintiffs Abraham Drucker; Aegis Healthcare Solutions, Inc.; Andrew Caplen Installations LLC; Angela Mathes; Anne Lane; Barbara MacDowell and Phillip MacDowell; Best Expedite, Inc.; Brian Courtmanche; Catherine Foster; Cathie Gilstrap d/b/a Craig Gilstrap & Associates; Charles Romanek; City of San Diego, California; City of San Jose, California; County of San Mateo, California; Craig B. Greenfield Attorney at Law PC; Daniel Rosenbaum; David Sample; Deneige Kapor; Edward Allegretti d/b/a Alfred Auto Center; Eric Wilim; Ford County, Kansas; Garrett Mair; Garvin Promotion Group, LLC; Gustave Link; Hayday Farms LLP; Heather Patterson d/b/a Prestige Towing; Jeffrey Taub; John Smith; Josselyn's Getaway Cabins, LLC; Kathleen Byrnes; Kevin Allen d/b/a Kevin Allen Photography; Kim Franzen; Laurie Olsen Santillo; Marlin Svitak, Jr.; Matthew Foos; Mayor and City Council of Baltimore; Michael Clancy; Michael Scott; Reneldo Rodriguez; Richard Beaumont; Robert Jones; Russell Deman; Samantha Barsky d/b/a Noteify; Sue Jones; TBC Services, LLC; The Difference Landscapes; Thomas Caron; Thomas Cavaliere; Tracey M. Boston, LLC; Vera McKelley; Waypoint Residential, LLC; and Western Cab Company (collectively "Plaintiffs"), through their counsel, hereby certify that

Plaintiffs' Consolidated Class Action Complaint (Dkt. 86) was served via electronic mail and Certified U.S. Mail to the following State Attorneys General on this 14th day of March, 2025:

| | |
|---|---|
| Office of the Attorney General of Arizona<br>The Honorable Kris Mayes<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 | Office of the Attorney General of Nevada<br>The Honorable Aaron D. Ford<br>100 North Carson Street<br>Carson City, NV 89701 |
| Office of the Attorney General of Connecticut<br>The Honorable William Tong<br>165 Capitol Avenue<br>Hartford, CT 06106 | Office of the Attorney General of New York<br>The Honorable Letitia James<br>1 Empire State Plaza<br>Albany NY 12223-1100 |
| Office of the Attorney General of Hawaii<br>The Honorable Anne E. Lopez<br>425 Queen Street<br>Honolulu, HI 96813 | Office of the Attorney General of Rhode Island<br>The Honorable Peter F. Neronha<br>150 South Main Street<br>Providence, RI 02903 |
| Office of the Attorney General of Colorado<br>The Honorable Phil Weiser<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Office of the Attorney General of Utah<br>The Honorable Derek Brown<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114 |

Dated: March 14, 2025

| | |
|---|---|
| /s/ Christopher A. Dodd<br>Christopher A. Dodd<br>DODD LAW OFFICE, LLC<br>500 Marquette Avenue NW, Suite 1330<br>Albuquerque, New Mexico 87102<br>Tel: (505) 475-2932<br>chris@doddnm.com<br><br>*Interim Liaison Counsel for Plaintiffs and Putative Class*<br><br>Patrick J. Coughlin (*pro hac vice*)<br>Carmen Medici (*pro hac vice*)<br>Daniel J. Brockwell (*pro hac vice*)<br>Isabella De Lisi (*pro hac vice*) | Michael Dell'Angelo (*pro hac vice*)<br>Candice Enders (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3080<br>mdellangelo@bm.net<br>cenders@bm.net<br><br>Richard D. Schwartz (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1720 W. Division<br>Chicago IL 20622<br>Tel: (773) 257-0255 |

SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

rschwartz@bm.net

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice*)
Vara G. Lyons (*pro hac vice*)
Ellen Wen (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
tloeser@cpmlegal.com
vlyons@cpmlegal.com
ewen@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*