IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION

Case No. 1:24-md-03119-MLG-LF
Judge Matthew L. Garcia

This Document Relates to:
ALL CASES

### NOTICE OF WITHDRAWAL OF COUNSEL KEVIN J. BANVILLE

PLEAST TAKE NOTICE that Kevin J. Banville withdraws as counsel for Defendant Continental Resources, Inc. in this matter. Defendant Continental Resources, Inc. will continue to be represented by H. Brook Laskey of McCoy Leavitt Laskey LLC and the Proskauer Rose LLP firm attorneys who have entered appearances in this matter.

Respectfully submitted,

McCOY LEAVITT LASKEY LLC

By: */s/ H. Brook Laskey*
H. Brook Laskey
317 Commercial St. NE, Suite 200
Albuquerque, New Mexico 87102
Telephone: (505) 246-0455
blaskey@mlllaw.com

*Attorneys for Defendant
Continental Resources, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2025 the foregoing pleading was electronically filed through the Court's CM/ECF E-Filing System, which caused all parties or counsel to be served by electronic means.

*/s/ H. Brook Laskey*
H. Brook Laskey