IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In Re: Shale Oil Antitrust Litigation* | Case No. 1:24-md-03119-MLG-LF |
| This Document Relates to: | Judge Matthew L. Garcia |
| ALL ACTIONS | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 20, 2024 Initial Scheduling Order (ECF No. 82), Plaintiffs and Defendants (together, the "Parties") submit this joint status report.

**I.      Summary of Progress on Case**

   **a.      The Pleadings**

On January 10, 2025, Plaintiffs filed their Consolidated Class Action Complaint (ECF No. 86).[1] On February 24, 2025, Defendants filed: one joint motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 129), eight individual motions to dismiss under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (ECF Nos. 123–27, 130–32), and one Request for Judicial Notice (ECF No. 128). Pursuant to the Initial Scheduling Order (ECF No. 82), Plaintiffs' oppositions to Defendants' motions to dismiss and request for judicial notice are due April 10, 2025, and Defendants' reply briefs are due May 12, 2025.

On February 20, 2025, Plaintiff Matthew Foos filed a Notice of Voluntary Dismissal of his

---

[1] Certain Plaintiffs in the underlying cases that were consolidated with the above-captioned case were not included in Plaintiffs' Consolidated Class Action Complaint. The Parties are meeting and conferring about these Plaintiffs.

1

individual claims against all Defendants (ECF No. 100), which the Court memorialized on March 4, 2025 (ECF No. 107).  On March 17, 2025, Plaintiff Green Acres Outdoor Services LLC filed a Notice of Voluntary Dismissal of its individual claims against all Defendants (ECF No. 148), which the Court memorialized on March 18, 2025 (ECF No. 149).

### b. Discovery

On January 24, 2025, the Parties exchanged their Initial Disclosures. The Parties have exchanged: document retention and electronic device usage policies; draft discovery-related protocols including stipulated Electronically Stored Information ("ESI"), deposition, and expert discovery protocols; and a draft protective order.  The Parties are continuing to negotiate these discovery protocols.

## II. Outstanding Disputes

There are no outstanding disputes in which the Parties are at impasse.

## III. Settlement Discussions

The Parties will advise the Court if assistance is needed in relation to any settlement discussions.

## IV. Motions and Other Matters the Parties Anticipate Addressing at Conference

There are no motions or other matters that the Parties anticipate needing to address at the April 15, 2025 conference.  Should the Court wish to set a hearing date for Defendants' motions to dismiss and request for judicial notice, the parties will be prepared to discuss that matter.

JOINTLY SUBMITTED:

Dated: April 8, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ *Patrick Coughlin*
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Karin E. Garvey (*pro hac vice*)
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

**DODD LAW OFFICE, LLC**
Christopher A. Dodd
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Liaison Counsel*

**COTCHETT, PITRE, & McCARTHY, LLP**
Karin B. Swope (*pro hac vice*)
Ellen Wen (*pro hac vice*)
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
ewen@cpmlegal.com

**COTCHETT, PITRE, & McCARTHY, LLP**
Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

**BERGER MONTAGUE PC**
Michael Dell'Angelo (*pro hac vice*)
Candice Enders (*pro hac vice*)
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net

**BERGER MONTAGUE PC**
Richard D. Schwartz (*pro hac vice*)
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

By: */s/ Boris Bershteyn*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
Zachary C. Siegler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
Boris.bershteyn@skadden.com
Karen.lent@skadden.com
Michael.menitove@skadden.com
Zachary.siegler@skadden.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Eric R. Burris
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102-4386
Tel: (505) 244-0770
eburris@bhfs.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

By: */s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
Fran Jennings
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com
fran.jennings@bakerbotts.com

*Attorneys for Defendant*
*EOG RESOURCES, INC*

By: /s/ Benjamin Allison
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC*

By: /s/ Marguerite M. Sullivan
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
*EXPAND ENERGY CORPORATION*
*(F/KA/ CHESAPEAKE ENERGY*
*CORPORATION)*

By: /s/ Benjamin E. Thomas
Benjamin E. Thomas
RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico 87102
Tel.: (505) 765-5900 / Fax: (505) 768-7395
bthomas@rodey.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*

5

By: */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL SPERLING
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM*
*CORPORATION*

By: */s/ Christopher E. Ondek*
Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Jared DuBosar
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 995-4702
jdubosar@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

H. Brook Laskey
Kevin J. Banville
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC*

6

By: */s/ Michael W. Scarborough*
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*