## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation* | No. 1:24-md-03119-MLG-LF |
| This Document Relates to: | |
| ALL ACTIONS | |

## DECLARATION OF PATRICK J. COUGHLIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS

I, Patrick J. Coughlin, declare that the following is true and correct to the best of my knowledge and belief.

1.      I am Of Counsel with Scott+Scott Attorneys at Law, Co-Lead Counsel for Plaintiffs in this matter.

2.      I make this declaration in support of Plaintiffs' Response to Defendants' Joint Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could, and would, competently testify thereto.

3.      Plaintiffs have provided notice of their suit to the Attorneys-General of Arizona, Colorado, Connecticut, Hawaii, Nevada, New York, Rhode Island, and Utah by causing to be delivered upon them Plaintiffs' Consolidated Class Action Complaint (Dkt. 86).

4.      Below are true and correct copies of the following documents related to the provision of that notice:

| Exhibit No. | Description | Date |
|---|---|---|
| A | A letter delivered to Arizona Attorney General Kris Mayes | March 14, 2025 |
| B | A letter delivered to Colorado Attorney General Phil Weiser | March 14, 2025 |
| C | A letter delivered to Connecticut Attorney General William Tong | March 14, 2025 |
| D | A letter delivered to Hawaii Attorney General Anne E. Lopez | March 14, 2025 |
| E | A letter delivered to Nevada Attorney General Aaron D. Ford | March 14, 2025 |
| F | A letter delivered to New York Attorney General Letitia James | March 14, 2025 |

| Exhibit No. | Description | Date |
|---|---|---|
| **G** | A letter delivered to Rhode Island Attorney General Peter F. Neronha | March 14, 2025 |
| **H** | A letter delivered to Utah Attorney General Derek Brown | March 14, 2025 |
| **I** | Certificate of Service (Dkt. 146) | March 14, 2025 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of April, 2025, in San Diego, California.

Patrick J. Coughlin

# EXHIBIT A



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Arizona
The Honorable Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
              Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Mayes:

      Pursuant to Arizona Revised Statute § 44-1415(A), Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

               Sincerely,

               SCOTT+SCOTT ATTORNEYS AT LAW LLP

               Mollie Chadwick

# EXHIBIT B



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Colorado
The Honorable Phil Weiser
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
             Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Weiser:

      Pursuant to Colorado Revised Statute § 6-41-116, Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

                  Sincerely,

                  SCOTT+SCOTT ATTORNEYS AT LAW LLP

                  Mollie Chadwick

# EXHIBIT C



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Colorado
The Honorable Phil Weiser
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
              Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Weiser:

      Pursuant to Colorado Revised Statute § 6-41-116, Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

              Sincerely,

              SCOTT+SCOTT ATTORNEYS AT LAW LLP

              Mollie Chadwick

# EXHIBIT D



+ Via Certified U.S. Mail and E-Mail +


March 14, 2025


Office of the Attorney General of Hawaii
The Honorable Anne E. Lopez
425 Queen Street
Honolulu, HI 96813

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
             Case No. 1:24-md-03119-MLG-LF (D.N.M.)


Dear Attorney General Lopez:

      Pursuant to Hawaii Revised Statute § 480-13.3(a), Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.


                  Sincerely,

                  SCOTT+SCOTT ATTORNEYS AT LAW LLP

                  Mollie Chadwick

# EXHIBIT E



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Nevada
The Honorable Aaron D. Ford
100 North Carson Street
Carson City, NV 89701

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
              Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Ford:

      Pursuant to Nevada Revised Statute § 598A.210(3), Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

              Sincerely,

              SCOTT+SCOTT ATTORNEYS AT LAW LLP

              Mollie Chadwick

# EXHIBIT F

**SCOTT + SCOTT**     MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of New York
The Honorable Letitia James
1 Empire State Plaza
Albany NY 12223-1100

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
              Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General James:

      Pursuant to New York General Business Statute § 340(5), Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

              Sincerely,

              SCOTT+SCOTT ATTORNEYS AT LAW LLP

              Mollie Chadwick

# EXHIBIT G



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Rhode Island
The Honorable Peter F. Neronha
150 South Main Street
Providence, RI 02903

      Re:    *IN RE: SHALE OIL ANTITRUST LITIGATION*
                Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Neronha:

      Pursuant to Title 6, Rhode Island General Law § 6-36-21, Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.


                         Sincerely,

                         SCOTT+SCOTT ATTORNEYS AT LAW LLP

                         Mollie Chadwick

# EXHIBIT H



MOLLIE+CHADWICK

+ Via Certified U.S. Mail and E-Mail +

March 14, 2025

Office of the Attorney General of Utah
The Honorable Derek Brown
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114-2320

     Re:   *IN RE: SHALE OIL ANTITRUST LITIGATION*
          Case No. 1:24-md-03119-MLG-LF (D.N.M.)

Dear Attorney General Brown:

     Pursuant to Utah Code § 76-10-3109(9), Plaintiffs in the above-captioned case notify you of the above-filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

     Please do not hesitate to contact us if you have any questions.

               Sincerely,

               SCOTT+SCOTT ATTORNEYS AT LAW LLP

               Mollie Chadwick

# EXHIBIT I

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

*In re: Shale Oil Antitrust Litigation*

This Document Relates to All Actions.

Case No. 1:24-md-03119-MLG-LF

Judge Matthew L. Garcia

## <u>CERTIFICATE OF SERVICE</u>

Plaintiffs Abraham Drucker; Aegis Healthcare Solutions, Inc.; Andrew Caplen Installations LLC; Angela Mathes; Anne Lane; Barbara MacDowell and Phillip MacDowell; Best Expedite, Inc.; Brian Courtmanche; Catherine Foster; Cathie Gilstrap d/b/a Craig Gilstrap & Associates; Charles Romanek; City of San Diego, California; City of San Jose, California; County of San Mateo, California; Craig B. Greenfield Attorney at Law PC; Daniel Rosenbaum; David Sample; Deneige Kapor; Edward Allegretti d/b/a Alfred Auto Center; Eric Wilim; Ford County, Kansas; Garrett Mair; Garvin Promotion Group, LLC; Gustave Link; Hayday Farms LLP; Heather Patterson d/b/a Prestige Towing; Jeffrey Taub; John Smith; Josselyn's Getaway Cabins, LLC; Kathleen Byrnes; Kevin Allen d/b/a Kevin Allen Photography; Kim Franzen; Laurie Olsen Santillo; Marlin Svitak, Jr.; Matthew Foos; Mayor and City Council of Baltimore; Michael Clancy; Michael Scott; Reneldo Rodriguez; Richard Beaumont; Robert Jones; Russell Deman; Samantha Barsky d/b/a Noteify; Sue Jones; TBC Services, LLC; The Difference Landscapes; Thomas Caron; Thomas Cavaliere; Tracey M. Boston, LLC; Vera McKelley; Waypoint Residential, LLC; and Western Cab Company (collectively "Plaintiffs"), through their counsel, hereby certify that

1

Plaintiffs' Consolidated Class Action Complaint (Dkt. 86) was served via electronic mail and

Certified U.S. Mail to the following State Attorneys General on this 14th day of March, 2025:

Office of the Attorney General of Arizona
The Honorable Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004

Office of the Attorney General of Connecticut
The Honorable William Tong
165 Capitol Avenue
Hartford, CT 06106

Office of the Attorney General of Hawaii
The Honorable Anne E. Lopez
425 Queen Street
Honolulu, HI 96813

Office of the Attorney General of Colorado
The Honorable Phil Weiser
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General of Nevada
The Honorable Aaron D. Ford
100 North Carson Street
Carson City, NV 89701

Office of the Attorney General of New York
The Honorable Letitia James
1 Empire State Plaza
Albany NY 12223-1100

Office of the Attorney General of Rhode Island
The Honorable Peter F. Neronha
150 South Main Street
Providence, RI 02903

Office of the Attorney General of Utah
The Honorable Derek Brown
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114

Dated: March 14, 2025

/s/ Christopher A. Dodd
Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and
Putative Class*

Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)

Michael Dell'Angelo (*pro hac vice*)
Candice Enders (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net
cenders@bm.net

Richard D. Schwartz (*pro hac vice*)
BERGER MONTAGUE PC
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255

SCOTT+SCOTT ATTORNEYS AT LAW
LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

rschwartz@bm.net

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice*)
Vara G. Lyons (*pro hac vice*)
Ellen Wen (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
tloeser@cpmlegal.com
vlyons@cpmlegal.com
ewen@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs and the
Putative Class*