# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| *In re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to All Actions. | Case No. 1:24-md-03119-MLG-LF |

## NOTICE OF EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO STATE OF KANSAS'S MOTION TO INTERVENE AND MEMORANDUM OF LAW IN SUPPORT

Co-Lead Counsel for Plaintiffs, including City of San Diego, City of San Jose, City of Baltimore, Ford County, and County of San Mateo ("Plaintiffs"), hereby submits this Notice of Extension of Time for Plaintiffs to respond to the State of Kansas's Motion to Intervene and Memorandum of Law in Support (Docs. 153, 153-1), pursuant to D.N.M.LR-Civ. 7.4(a). Plaintiffs notify the Court that the State of Kansas agreed via email on April 10, 2025 to a fourteen (14) day extension of the deadline to respond, from April 22, 2025 to May 6, 2025. Additionally, parties agreed via email on April 10, 2025 to a fourteen (14) day extension for the State of Kansas to reply, from May 20, 2025 to June 3, 2025.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Karin B. Swope*
Karin B. Swope
Cotchett, Pitre & McCarthy
*Interim Co-Lead Counsel for*
*Plaintiffs and the Putative Class*
*and Counsel for City of San Jose*
*and County of San Mateo*

Dated: April 11, 2025

Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice*)
Vara G. Lyons (*pro hac vice*)
Ellen J. Wen (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
tloeser@cpmlegal.com
vlyons@cpmlegal.com
ewen@cpmlegal.com
jalhadeff@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

Michael Dell'Angelo (*pro hac vice*)
Candice Enders (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net

Richard D. Schwartz
BERGER MONTAGUE PC
1720 Division
Chicago, IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, NM 87102
Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and Putative Class*

Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

/s/ Nicholas Smith
Nicholas C. Smith, D.N.M. Bar No. 25-77
  *Assistant Attorney General*
Melanie S. Jack, D.N.M. Bar No. 25-85
  *First Assistant Attorney General*
Adam T. Steinhilber, D.N.M. Bar No. 25-83
  *Assistant Solicitor General*
**OFFICE OF ATTORNEY GENERAL**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Melanie.Jack@ag.ks.gov
Nicholas.Smith@ag.ks.gov
Adam.Steinhilber@ag.ks.gov

*Attorneys for State of Kansas*
*Proposed Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, I caused to be served a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

*/s/ Karin B. Swope*
Karin B. Swope