# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br>*All Actions* | Case No. 1:24-md-03119-MLG-LF<br><br>MDL No. 3119<br><br>Honorable Matthew L. Garcia<br>Magistrate Judge Laura Fashing |

## NOTICE OF APPEARANCE

Please take notice that Gayle M. Blatt of Casey Gerry Francavilla and Blatt LLP hereby enters her appearance on behalf of The City of San Diego.

Dated: April 16, 2025

Respectfully submitted,

By: */s/ Gayle M. Blatt*
Gayle M. Blatt (SBN 122048)
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

*Counsel for The City of San Diego*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2025, I caused to be served a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

                                                        */s/ Cass L. Lazar*
                                                        Cass L. Lazar