IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION    Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### NOTICE OF HEARING SCHEDULE

Below is a tentative schedule setting out tomorrow's (May 20, 2025) arguments on Defendants' motions to dismiss ("MTD"). Per the parties' request, I will first hear Defendants' Joint MTD. I will then hear argument as to each of the individual MTDs. The tentative schedule is as follows.

| Motion Title | Argument | Response | Reply |
|---|---|---|---|
| Defendants' Joint MTD | 9:30 – 10:45 | 10:45 – 11:45 | 11:45 – 12:05 |
| Lunch Break | | | |
| Permian's MTD and Request for Judicial Notice | 1:15 – 1:25 | 1:30 – 1:40 | |
| Continental's MTD | 1:45 – 1:55 | 2:00 – 2:10 | |
| Diamondback's MTD | 2:15 – 2:25 | 2:30 – 2:40 | |
| Ten Minute Break | | | |
| EOG's MTD | 2:50 – 3:00 | 3:05 – 3:15 | |
| Occidental's MTD | 3:20 – 3:30 | 3:35 – 3:45 | |
| Expand's MTD | 3:50 – 4:00 | 4:05 – 4:15 | |
| Hess Corp.'s MTD | 4:20 – 4:30 | 4:35 – 4:45 | |
| Pioneer's MTD | 4:50 – 5:00 | 5:05 – 5:15 | |

If we do not spend the entire morning addressing the Joint MTD, then we can use that additional time for argument on individual MTDs.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1