UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br><br>This Document Relates to All Actions | Case No. 1:24-md-03119-MLG-LF |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs' Notice of Supplemental Authority (Dkt. 214) proffers two cases that are not new, controlling, pertinent or significant.  *See* D.N.M.LR-Civ. 7.8.

*Leibovitch v. Islamic Republic of Iran*, 297 F. Supp. 3d 816 (N.D. Ill. 2018), involved "a discovery dispute, plain and simple," concerning terrorism victims' collection "on a valid judgment under" the Foreign Sovereign Immunities Act, which "provide[d] a mechanism for terrorism victims to recover from foreign states." *Id.* at 827-28.  *Leibovitch* distinguished *Spectrum Stores, Inc. v. Citgo Petroleum Corp.*, 632 F.3d 938 (5th Cir. 2011), because the *Spectrum Stores* court, like here, "was 'asked essentially to reprimand foreign nations.'" 297 F. Supp. 3d at 827 n.7.  By contrast, *Leibovitch* was "merely deciding whether plaintiffs should be permitted to conduct post-judgment discovery into a commercial transaction between an American company and an Iranian company affiliated with the Iranian government." *Id.*  Nonetheless, *Leibovitch* took the precaution of "proactively" seeking "the input of the Executive Branch," which "declined to raise any objection." *Id.*  Here, as in *Spectrum Stores*, "[a]ny ruling on the merits of this case would, by its core essence, impermissibly interfere with the Executive

Branch's longstanding policy of engaging with OPEC nations regarding the global supply of oil through diplomacy instead of private litigation." 632 F.3d at 956.

*World Wide Mins. Ltd. v. Republic of Kazakhstan*, 116 F. Supp. 2d 98 (D.D.C. 2000), is also inapposite. It said, in *dictum*, that the act of state doctrine would not bar hypothetical contract claims against a domestic company because "Kazakhstan's governmental decrees would not be directly implicated." *Id.* at 105. By contrast, plaintiffs here allege that OPEC+ led a global conspiracy restricting worldwide crude oil production. OPEC member states' alleged actions are indeed "directly implicated," *id.*, because adjudicating plaintiffs' conspiracy claims "would necessarily call into question the acts of foreign governments with respect to exploitation of their natural resources," *Spectrum Stores,* 632 F.3d at 954. *World Wide* predates *Spectrum Stores* and *D'Augusta v. American Petroleum Institute*, 117 F.4th 1094 (9th Cir. 2024), which both applied the act of state doctrine to dismiss antitrust conspiracy claims involving OPEC—precisely the allegations here.

Dated: June 3, 2025                              Respectfully submitted,

/s/ *Boris Bershteyn*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
Zachary C. Siegler
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com
zachary.siegler@skadden.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kgallo@paulweiss.com

William B. Michael
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
wmichael@paulweiss.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER
     LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Eric R. Burris
BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102-4386
Telephone: (505) 244-0770
eburris@bhfs.com

*Attorneys for Defendant*
*Pioneer Natural Resources Company*


By: */s/ John M. Taladay*
John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
Fran Jennings
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com
fran.jennings@bakerbotts.com

Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER
    MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

*Attorneys for Defendant*
*EOG Resources, Inc.*

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER
 LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

*Attorneys for Defendant*
*Diamondback Energy, Inc.*

        By: */s/ Marguerite M. Sullivan*
        Marguerite M. Sullivan
        LATHAM & WATKINS LLP
        555 Eleventh Street, N.W., Suite 1000
        Washington, D.C. 20004
        Tel: (202) 637-2200
        Marguerite.Sullivan@lw.com

        Lawrence E. Buterman
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        Tel: (212) 906-1200
        Lawrence.Buterman@lw.com

        *Attorneys for Defendant*
        *Expand Energy Corporation*
        *(F/K/A Chesapeake Energy*
        *Corporation)*


        By:  */s/ Kevin S. Schwartz*
        Kevin S. Schwartz
        David A. Papirnik
        WACHTELL, LIPTON, ROSEN &
          KATZ
        51 West 52nd Street
        New York, NY 10019
        Tel: (212) 403-1062
        kschwartz@wlrk.com

        Benjamin E. Thomas
        RODEY, DICKASON, SLOAN,
          AKIN & ROBB, P.A.
        201 3rd Street NW, Suite 2200
        Albuquerque, New Mexico 87102
        Tel: (505) 765-5900
        bthomas@rodey.com

        *Attorneys for Defendants*
        *Hess Corporation and John Hess*

By: */s/ Jeffrey J. Zeiger*
Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Earl E. DeBrine, Jr.
MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
edebrine@modrall.com

*Attorneys for Defendant*
*Occidental Petroleum Corporation*


By: */s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Jared DuBosar
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 995-4702
jdubosar@proskauer.com

Hannah Silverman
Henrique Carneiro
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3193
Facsimile: (212) 969-2900
hsilverman@proskauer.com
hcarneiro@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

H. Brook Laskey
MCCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com

*Attorneys for Defendant*
*Continental Resources, Inc.*

By: */s/ Michael W. Scarborough*
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*Permian Resources Corporation*

By: */s/ David I. Gelfand*
David I. Gelfand
Jeremy J. Calsyn
Joseph M. Kay
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
2112 Pennsylvania Avenue NW
Ste 1000
Washington, DC 20037
Tel: (202) 974-1690
dgelfand@cgsh.com
jcalsyn@cgsh.com
jkay@cgsh.com


Kurt A. Sommer
SOMMER UDALL LAW FIRM, P.A.
PO Box 1984
Santa Fe, NM 87504
Tel: (505) 982-4676
kas@sommerudall.com
*Attorneys for Defendant
Scott D. Sheffield*