UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br><br>This Document Relates to All Actions | Case No. 1:24-md-03119-MLG-LF |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully call the Court's attention to *In re Concrete & Cement Additives Antitrust Litigation*, 24-md-3097 (LJL) (S.D.N.Y. June 25, 2025) ("Op."), attached hereto as Exhibit A, granting defendants' motion to dismiss an action that, like this case, alleged price fixing in violation of federal antitrust law and state laws. Like plaintiffs here (Dkt. 129 ("MTD") 19-20), the *Concrete* plaintiffs did not allege direct evidence of price fixing but relied on allegations of parallel conduct and "plus factors" (Op. 21).

The court rejected the allegations of parallel conduct because the pleaded price increases were different in amounts, ranging from 1.9% to 20%, and occurred at different times over ten months. (*Id.* 21-32.) Here, defendants allegedly changed their production rates by amounts even more divergent than in *Concrete*—from -63% to +56%—and the changes occurred over an even longer period, three years. (MTD 22-24; *see also* Op. 30 ("Ten months is a long time. Plaintiffs do nothing to establish how a price increase in the last month or two of that period has any relation to a price increase at the beginning of the period.").) Plaintiffs here also "do not identify any overarching pattern connecting these divergent increases to one another." (Op. 29.) As in *Concrete*, these failures are "fatal to their claims under Section 1." (*Id.* 34.)

The *Concrete* court also rejected purported plus factors that track the ones plaintiffs rely on here—that defendants (i) belonged to the same trade associations; (ii) operated in a highly consolidated market; (iii) were similarly motivated to conspire; (iv) were subject to investigations by UK, EC, and U.S. antitrust regulators; (v) did not reduce prices when input costs declined; and (vi) told investors that they were focused on disciplined pricing to improve profitability (*id.* 35-48)—holding they were consistent with competition and did not suggest an agreement to fix prices. Plaintiffs' alleged plus factors here similarly do not render the alleged conspiracy plausible. (MTD 25-32.)

Finally, because the Section 1 claim failed, the *Concrete* court dismissed the state law claims (Op. 48-50), which supports defendants' similar argument here (MTD 38-39).

Dated: June 30, 2025                                       Respectfully submitted,

*/s/ Boris Bershteyn*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kgallo@paulweiss.com

William B. Michael
  PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
wmichael@paulweiss.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Eric R. Burris
BROWNSTEIN HYATT
 FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102-4386
Telephone: (505) 244-0770
eburris@bhfs.com

*Attorneys for Defendant*
*Pioneer Natural Resources Company*


By:*/s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Attorneys for Defendant*
*EOG Resources, Inc.*

By: */s/ Benjamin Allison*
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant Diamondback Energy, Inc.*

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
*Expand Energy Corporation*
*(F/K/A Chesapeake Energy Corporation)*


By:  */s/ Kevin S. Schwartz*
Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN &
   KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com

Benjamin E. Thomas
RODEY, DICKASON, SLOAN,
   AKIN & ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico 87102
Tel: (505) 765-5900
bthomas@rodey.com

*Attorneys for Defendants*
*Hess Corporation and John Hess*

By: */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

*Attorneys for Defendant*
*Occidental Petroleum Corporation*


By: */s/ H. Brook Laskey*
H. Brook Laskey
Kevin J. Banville
MCCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 416-6800
condeck@proskauer.com

schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
*Continental Resources, Inc.*


By: */s/ Michael W. Scarborough*
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*Permian Resources Corp.*

By: */s/ David I. Gelfand*
David I. Gelfand
Jeremy J. Calsyn
Joseph M. Kay
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
2112 Pennsylvania Avenue NW
Ste 1000
Washington, DC 20037
Tel: (202) 974-1690
dgelfand@cgsh.com
jcalsyn@cgsh.com
jkay@cgsh.com

Kurt A. Sommer
SOMMER UDALL LAW FIRM, P.A.
PO Box 1984
Santa Fe, NM 87504
Tel: (505) 982-4676
kas@sommerudall.com

*Attorneys for Defendant
Scott D. Sheffield*