**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation* | Case No. 1:24-md-03119-MLG-LF |
| This Document Relates to: | Judge Matthew L. Garcia |
| In re: Shale Oil/WTI Crude Oil Futures & Derivatives Litigation, Case No. 1:25-cv-00447 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2025, Defendant Diamondback Energy, Inc. ("Diamondback") served on counsel for the Proposed Futures & Derivatives Class via email the same disclosures or productions that Diamondback previously made to the other Plaintiffs in the above-captioned multi-district litigation.

Dated: September 17, 2025                    Respectfully submitted,

                                            */s/ Benjamin Allison*
                                            Benjamin Allison
                                            Billy Trabaudo
                                            BARDACKE ALLISON MILLER LLP
                                            P.O. Box 1808
                                            141 E. Palace Avenue
                                            Santa Fe, NM 87501
                                            Tel: (505) 995-8000
                                            ben@bardackeallison.com
                                            billy@bardackeallison.com

                                            Jeffrey L. Kessler
                                            Jeffrey J. Amato
                                            WINSTON & STRAWN LLP
                                            200 Park Avenue
                                            New York, NY 10166
                                            Tel: (212) 294-6700
                                            jkessler@winston.com
                                            jamato@winston.com

Thomas M. Melsheimer
Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
tmelsheimer@winston.com
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin Allison, hereby certify that on September 17, 2025 I caused the foregoing

**Certificate of Service** to be filed electronically through the CM/ECF system, which caused all

parties or counsel of record to be served by electronic means.


<u>*/s/ Benjamin Allison*</u>
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com