**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION            Case No. 1:24-md-03119-MLG-LF

This Document Relates to:

Cavaliere et al v. Permian Resources Corp. et al.
Case No. 1:24-cv-01128-MLG-LF

## NOTICE MEMORIALIZING DISMISSAL

This matter comes before the Court on Plaintiff Tracey M. Boston LLC's Notice of Dismissal. Doc. 273. This is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). But in the interest of clarity, the Court enters this notice memorializing the dismissal of Boston's individual claims without prejudice. The parties shall bear their own costs and attorney's fees.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1