**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In Re: Shale Oil Antitrust Litigation* | Case No. 1:24-md-03119-MLG-LF |
| This Document Relates to: | Judge Matthew L. Garcia |
| ALL ACTIONS | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 20, 2024, Initial Scheduling Order (ECF No. 82), Plaintiffs and Defendants (together, the "Parties") submit this joint status report in advance of the status conference scheduled for May 19, 2026.

**I.      Summary of Progress on Case**

**a.   The Pleadings**

On January 10, 2025, Plaintiffs filed their Consolidated Class Action Complaint (ECF No. 86). On February 24, 2025, Defendants filed: one joint motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 129), eight individual motions to dismiss under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (ECF Nos. 123–27, 130–32), and one Request for Judicial Notice (ECF No. 128). Pursuant to the Initial Scheduling Order (ECF No. 82), Plaintiffs filed their oppositions to Defendants' motions to dismiss and request for judicial notice on April 10, 2025. Defendants' reply briefs were filed on May 12, 2025. A hearing on the nine motions to dismiss was held on May 20, 2025 (ECF No. 171), and those motions are pending.

On April 8, 2025, the Kansas Attorney General filed a Motion to Intervene ("Motion") (ECF No. 153). Pursuant to Stipulation, Plaintiffs responded to the Motion on May 6, 2025. The State

of Kansas filed a reply on June 3, 2025. On July 7, 2025, the State of Kansas filed a Notice of Supplemental Authority (ECF No. 228). Plaintiffs filed a response to Kansas's Notice of Supplemental Authority on July 11, 2025. The Court heard oral argument on Kansas' Motion to Intervene on July 15, 2025, and that Motion is pending.

On May 12, 2025, 3Red Partners LLC ("3Red") filed a Class Action Complaint against Defendants. Case No. 1:25-cv-00447, ECF No. 1. Defendants and 3Red have filed a stipulation and proposed order entering a briefing schedule on any motions to dismiss (ECF No. 223-1) (the "Original Stipulation"). On June 17, 2025, William Basinski ("Basinski") filed a Class Action Complaint against Defendants. Case No. 1:25-cv-00568, ECF No. 1. On July 31, 2025, Plaintiffs 3Red and Basinski filed an Unopposed Motion for Order Granting Amended Stipulated Schedule for the Proposed Futures and Derivatives Class. (ECF No. 250-1 (the "Amended Stipulation"). The Amended Stipulation moots the Original Stipulation. The Order granting Amended Stipulated Schedule for the Proposed Futures & Derivates Class was entered on August 18, 2025. (ECF No. 255).

On July 22, 2025, the Court appointed Kirby McInerney LLP, Lowey Dannenberg, P.C., Burke LLP, and The Ward Law Firm as interim co-lead counsel for the proposed Futures & Derivatives Class. (ECF No. 248).

### b. Discovery

On January 24, 2025, the Parties exchanged their Initial Disclosures. Between February 20 and 27, 2025, the Parties exchanged: document retention and electronic device usage policies; draft discovery-related protocols including stipulated Electronically Stored Information ("ESI"), deposition, and expert discovery protocols; and a draft protective order. The parties have reached agreement and filed the Deposition and Expert Discovery Protocols (ECF Nos. 169 and 170) on

April 21, 2025, which were both entered by the Court on April 28, 2025. (ECF No. 172). The

parties reached agreement and filed the ESI Protocol and Protective Order, on July 10, 2025 (ECF

Nos. 233 and 234, which were entered by the Court on July 22, 2025 (ECF Nos. 246 and 247)).

### II.        Outstanding Disputes

There are no outstanding issues on which the Parties are at impasse.

### III.       Settlement Discussions

The Parties will advise the Court if assistance is needed in relation to any settlement discussions.

### IV.       Motions and Other Matters the Parties Anticipate Addressing at Conference

There are currently no other matters the Parties anticipate addressing at the conference.

JOINTLY SUBMITTED:

Dated: May 12, 2026

SCOTT+SCOTT ATTORNEYS AT LAW LLP
By: /s/ *Patrick Coughlin*
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Karin E. Garvey (*pro hac vice*)
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565

COTCHETT, PITRE, & McCARTHY, LLP
By: /s/ *Karin B. Swope*
Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice*)
Andrew J. Fuller (*pro hac vice*)
Ellen Wen (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
ewen@cpmlegal.com
jalhadeff@cpmlegal.com

COTCHETT, PITRE, & McCARTHY, LLP
Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com

3

pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com

DODD LAW OFFICE, LLC
Christopher A. Dodd
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and Putative Class*

By: */s/ Boris Bershteyn*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
Tel: (212) 735-3000
Boris.bershteyn@skadden.com
Karen.lent@skadden.com
Michael.menitove@skadden.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kgallo@paulweiss.com

William B. Michael
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
wmichael@paulweiss.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue

vmoniel@cpmlegal.com

BERGER MONTAGUE PC
Michael Dell'Angelo (*pro hac vice*)
Michael J. Kane (*pro hac vice*)
Candice Enders (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net
mkane@bm.net
cenders@bm.net

BERGER MONTAGUE PC
Richard D. Schwartz (*pro hac vice*)
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

By:  */s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
Fran Jennings
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com
fran.jennings@bakerbotts.com

*Attorneys for Defendant*

Los Angeles, CA  90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Eric R. Burris
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102-4386
Tel: (505) 244-0770
eburris@bhfs.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

By:  /s/ Benjamin Allison
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501
Tel: (505) 995-8000
ben@bardackeallison.com
billy@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
jkessler@winston.com
jamato@winston.com

Thomas B. Walsh, IV
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
twalsh@winston.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

*EOG RESOURCES, INC.*

By:  /s/ Marguerite M. Sullivan
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
*EXPAND ENERGY CORPORATION*
*(F/K/A CHESAPEAKE ENERGY*
*CORPORATION)*

By:  /s/ Benjamin E. Thomas
Benjamin E. Thomas
RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico  87102
Tel.: (505) 765-5900 / Fax: (505) 768-7395
bthomas@rodey.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION*
By: */s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Chuk
PROSKAUER ROSE LLP

By: */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

By: */s/ Michael W. Scarborough*
Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 284-5677
kcasazza@proskauer.com

Jared DuBosar
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Tel: (561) 995-4702
jdubosar@proskauer.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

H. Brook Laskey
McCCOY LEAVITT LASKEY
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Tel: (505) 246-0455
blaskey@MLLlaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*

6

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*

By: */s/ David I. Gelfand*
David I. Gelfand
Jeremy J. Calsyn
Joseph M. Kay
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue NW
Ste 1000
Washington, DC 20037
Tel: (202) 974-1690
dgelfand@cgsh.com
jcalsyn@cgsh.com
jkay@cgsh.com

Kurt A. Sommer
SOMMER UDALL LAW FIRM, P.A.
PO Box 1984
Santa Fe, NM 87504
Tel: (505) 982-4676
kas@sommerudall.com

*Attorneys for Defendant*
*SCOTT D. SHEFFIELD*

7