**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

**NOTICE MEMORIALIZING WITHDRAWAL**

Billy Trabudo, formerly with Bardacke Allison Miller LLP, withdrew "as counsel of record on behalf of Defendant Diamondback Energy, Inc." in this multidistrict litigation. Doc. 305 at 1. Multiple attorneys—including at least one from Bardacke Allison Miller—"remain as counsel in this matter." *Id.*; *see* D.N.M.LR.-Civ. 83.4(b) ("A member of a firm may file a withdrawal of appearance from a particular case without meeting the requirements of D.N.M.LR.-Civ. 83.8, provided that at least one member remains in the case."). This notice memorializes that withdrawal.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA