**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In Re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 1:24-md-03119-MLG-LF<br><br>Judge Matthew L. Garcia |

# JOINT STATUS REPORT

Pursuant to the Court's December 20, 2024, Initial Scheduling Order (ECF No. 82), Plaintiffs and Defendants (together, the "Parties") submit this joint status report in advance of the status conference scheduled for November 17, 2026.

## I. Summary of Progress on Case

### a. The Pleadings

Motions to Dismiss. On January 10, 2025, Plaintiffs filed their Consolidated Class Action Complaint (ECF No. 86). On February 24, 2025, Defendants filed: one joint motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 129), eight individual motions to dismiss under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (ECF Nos. 123–27, 130–32), and one Request for Judicial Notice (ECF No. 128).

On August 31, 2026, the Court issued an Order granting in part and denying in part Defendants' motions to dismiss (ECF No. 306) ("MTD Order"). The Court denied Defendants' Joint Motion to Dismiss as to Plaintiffs' federal antitrust claims and dismissed certain state-law claims in whole or in part. The Court granted Expand Energy Corporation's individual motion as to Count 1 but otherwise denied it. The Rule 12(b)(2) motions of Pioneer Natural Resources Company, Hess Corporation, and John B. Hess were held in abeyance pending limited

jurisdictional discovery. All other individual motions to dismiss were denied.

On October 13, 2026, Defendants filed a joint motion requesting that the Court certify the MTD Order's denial of the joint motion to dismiss on political question and act of state doctrine grounds for immediate appeal under 28 U.S.C. § 1292(b). Pursuant to the Stipulated Notice filed October 23, ECF No. 343, Plaintiffs will file their opposition by November 13, and Defendants will file their reply by December 16.

The Futures & Derivatives Action. Following the Court's issuance of the MTD Order, the Futures & Derivatives Plaintiffs and Defendants met and conferred regarding a modified schedule for the filing of the Futures & Derivatives Plaintiffs' consolidated class action complaint and any subsequent motion to dismiss briefing. Pursuant to those parties' agreement, the Futures & Derivatives Plaintiffs filed their consolidated class action complaint on October 2, 2026, Defendants will file their response(s) (including any motion(s) to dismiss) by December 1, 2026, the Futures & Derivatives Plaintiffs will oppose any motion(s) to dismiss by January 8, 2027, and Defendants will reply by February 8, 2027.

**b. Discovery**

Pursuant to the Court's instructions in the MTD Order, the Parties reached agreement regarding a process, including for limited jurisdictional discovery and supplemental briefing, to resolve the personal jurisdiction motions filed by Pioneer, Hess, and John B. Hess. (ECF No. 330). Plaintiffs served their requests for jurisdictional discovery on October 7, 2026. Pioneer, Hess, and John B. Hess served responses and objections on November 6.

## II. Outstanding Disputes

There are no outstanding issues on which the Parties are at impasse.

### III. Settlement Discussions

The Parties will advise the Court if assistance is needed in relation to any settlement discussions.

### IV. Motions and Other Matters the Parties Anticipate Addressing at Conference

There are currently no other matters the Parties anticipate addressing at the conference.

JOINTLY SUBMITTED:

Dated: November 10, 2026

SCOTT+SCOTT ATTORNEYS AT LAW LLP
By: /s/ *Patrick Coughlin*
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Karin E. Garvey (*pro hac vice*)
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

DODD LAW OFFICE, LLC
Christopher A. Dodd
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102

COTCHETT, PITRE, & McCARTHY, LLP
By: /s/ *Karin B. Swope*
Karin B. Swope (*pro hac vice*)
Andrew J. Fuller (*pro hac vice*)
Ellen Wen (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
afuller@cpmlegal.com
ewen@cpmlegal.com
jalhadeff@cpmlegal.com

COTCHETT, PITRE, & McCARTHY, LLP
Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com

BERGER MONTAGUE PC
Michael Dell'Angelo (*pro hac vice*)
Michael J. Kane (*pro hac vice*)
Candice Enders (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net
mkane@bm.net
cenders@bm.net

Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and Putative Class*

By: */s/ Boris Bershteyn*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
Boris.bershteyn@skadden.com
Karen.lent@skadden.com
Michael.menitove@skadden.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Eric R. Burris
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102-4386
Tel: (505) 244-0770
eburris@bhfs.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

By: */s/ Benjamin Allison*
Benjamin Allison
Laura Creech
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87501

BERGER MONTAGUE PC
Richard D. Schwartz (*pro hac vice*)
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

By: */s/ Benjamin F. Feuchter*
Benjamin F. Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER MCLEOD
201 Third Street NW, Suite 1200
Albuquerque, NM 87102
Tel: (505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

John M. Taladay
Christopher Wilson
Kelsey Paine
Fran Jennings
BAKER BOTTS L.L.P.
700 K Street NW
Washington, D.C. 20001-5692
Tel: (202) 639-7909
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
fran.jennings@bakerbotts.com

Megan Tankel
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-5999
Tel: (212) 408-2500
megan.tankel@bakerbotts.com

*Attorneys for Defendant*
*EOG RESOURCES, INC.*

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000

Tel: (505) 995-8000
ben@bardackeallison.com
laura@bardackeallison.com

Jeffrey L. Kessler
Jeffrey J. Amato
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Jeffrey.Kessler@winstontaylor.com
Jeffrey.Amato@winstontaylor.com

Thomas B. Walsh, IV
WINSTON TAYLOR LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
Tom.Walsh@winstontaylor.com

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

By: */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.
MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
earl.debrine@modrall.com

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-5967
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-3237
jzeiger@kirkland.com

Washington, D.C. 20004
Tel: (202) 637-2200
Marguerite.Sullivan@lw.com

Lawrence E. Buterman
Robert (Bobby) Vance
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Lawrence.Buterman@lw.com
Bobby.Vance@lw.com

*Attorneys for Defendant*
*EXPAND ENERGY CORPORATION*
*(F/K/A CHESAPEAKE ENERGY*
*CORPORATION)*

By: */s/ Benjamin E. Thomas*
Benjamin E. Thomas
RODEY, DICKASON, SLOAN, AKIN & ROBB,
P.A.
201 3rd Street NW, Suite 2200
Albuquerque, New Mexico 87102
Tel.: (505) 765-5900 / Fax: (505) 768-7395
bthomas@rodey.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1062
kschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant*
*HESS CORPORATION and JOHN HESS*

By: */s/ Thomas Mueller*
Thomas Mueller
Susan Musser
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington DC 20037

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

By: */s/ Michael W. Scarborough*

Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*

By: */s/ David I. Gelfand*

David I. Gelfand
Jeremy J. Calsyn
Joseph M. Kay
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue NW
Ste 1000
Washington, DC 20037
Tel: (202) 974-1690
dgelfand@cgsh.com
jcalsyn@cgsh.com
jkay@cgsh.com

Kurt A. Sommer
SOMMER UDALL LAW FIRM, P.A.
PO Box 1984
Santa Fe, NM 87504
Tel: (505) 982-4676
kas@sommerudall.com

*Attorneys for Defendant*
*SCOTT D. SHEFFIELD*

202-663-6766
thomas.mueller@wilmerhale.com
susan.musser@wilmerhale.com

Nana Wilberforce
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
213-443-5376
nana.wilberforce@wilmerhale.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Tel: (888) 783-0351
mburrage@whittenburragelaw.com

H. Brook Laskey
Mary E. Jones
MCCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Tel: (505) 246-0455
blaskey@mlllaw.com
mjones@mlllaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*