**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to:<br><br>*Cavaliere v. Permian Resources Corp.*, (Case No. 1:24-cv-01128 D.N.M.)<br><br>*Patterson v. Permian Resources Corp.*, (Case No. 1:25-cv-00016 D.N.M.)<br><br>*Courtmanche v. Permian Resources Corp.*, (Case No. 1:24-cv-00855 D.N.M.)<br><br>*Rosenbaum v. Permian Resources Corp.*, (Case No. 1:24-cv-00850 D.N.M.)<br><br>*Olsen Santillo v. Permian Resources Corp.*, (Case No. 1:24-cv-00856 D.N.M.) | No. 1:24-md-03119-MLG-LF<br><br>Judge Matthew L. Garcia |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF INDIVIDUAL CLAIMS OF PLAINTIFFS CHARLES ROMANEK, DENEIGE KAPOR, HEATHER PATTERSON D/B/A PRESTIGE TOWING, LAURIE OLSEN SANTILLO, AND MICHAEL SCOTT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Charles Romanek, Deneige Kapor, Heather Patterson d/b/a Prestige Towing, Laurie Olsen Santillo, and Michael Scott, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice their individual claims against all Defendants in the above-captioned action. This notice is self-executing under Federal Rule of Civil Procedure

41(a)(1)(A)(i). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011).

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: 11/12/2026

By: /s/ *Karin B. Swope*
Karin B. Swope (*pro hac vice*)
Andrew J. Fuller (*pro hac vice*)
Ellen J Wen (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
afuller@cpmlegal.com
ewen@cpmlegal.com
jalhadeff@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

Michael Dell'Angelo (*pro hac vice*)
Michael J. Kane (*pro hac vice*)
Candice Enders (*pro hac vice*)
Zachary D. Caplan (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bergermontague.com
mkane@bergermontague.com
cenders@bergermontague.com
zcaplan@bergermontague.com

Richard D. Schwartz (*pro hac vice*)
BERGER MONTAGUE PC
1720 W. Division
Chicago, IL 20622
Tel: (773) 257-0255

Christopher A. Dodd
FAYERBERG DODD, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, NM 87102
Tel: (505) 475-2932
chris@fayerbergdodd.com

*Interim Liaison Counsel for Plaintiffs and Putative Class*

Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

rschwartz@bergermontague.com